Form wvcrc (04/2006)

**UNITED STATES BANKRUPTCY COURT**

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:

Katherine Anne Merrill

Case Number: 07–40836–PBS
Chapter: 7

Debtor(s).

**DEBTOR'S MOTION FOR WAIVER OF CREDIT COUNSELING
BRIEFING AND FINANCIAL MANAGEMENT COURSE**

I/We, the debtor(s) in this case, certify under penalty of perjury that:

I/We move for a waiver of the requirements to receive a credit counseling briefing (11 U.S.C. § 109(h)) and complete a personal financial management course (11 U.S.C. § 727(a)(11)) because [Check and FULLY complete the paragrah that applies]:

☐ I am/We are incapacitated or disabled, as defined in 11 U.S.C. § 109(h)(4)*, as follows (describe fully)(If available attach a copy of a medical or judicial determination of incapacity or disability):

_____

_____

_____

_____

☐ I am/We are on active military duty in a military combat zone (Indicate rank, service, unit, and where and when deployed):

_____

_____

_____

_____

I/We certify under penalty of perjury that the foregoing is true and correct. Executed on

_____ [date] at _____[location]

Debtor: _____ Joint Debtor: _____

* Under 11 U.S.C. § 109(h)(4), **incapacitated** means "that the debtor is impaired by reason of mental illness or mental deficiency so that he is incapable of realizing and making rational decisions with respect to his financial responsibilities" and **disabled** means "that the debtor is so physically impaired as to be unable, after reasonable effort, to participate in person, telephone, or Internet briefing..."

```
District/off: 0981-3          User: trishah           Page 1 of 1              Date Rcvd: Mar 20, 2007
Case: 07-40836                Form ID: wvcrc          Total Served: 2
```

The following entities were served by first class mail on Mar 22, 2007.
```
db         +Katherine Anne Merrill,   300 Kenyon St NW Apt J4,    Olympia, WA 98502-2773
aty        +Larry D Stout,   3025 Limited Ln NW,   Olympia, WA 98502-2613
```

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 22, 2007**                              **Signature:**   *Joseph Speetjens*