Certificate Number: 06531-WAW-DE-001752978

Bankruptcy Case Number: 07-40836

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on April 18, 2007, at 4:07 o'clock PM CDT,

Katherine A Merrill completed a course on personal financial management given by internet by

Allen Credit and Debt Counseling Agency,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Washington.

Date: April 18, 2007

By /s/Connie Krosch

Name Connie Krosch

Title Credit Counselor